NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BRUNSWICK CORPORATION, SEA RAY BOATS, INC.,**
*Appellants*

v.

**COBALT BOATS, LLC,**
*Appellee*

---

2017-1065

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2015-01060.

---

**JUDGMENT**

---

JASON C. WHITE, Morgan, Lewis & Bockius LLP, Chicago, IL, argued for appellants. Also represented by SCOTT D. SHERWIN; WILLIAM R. PETERSON, Houston, TX; JULIE S. GOLDEMBERG, Pittsburgh, PA; DAVID M. MORRIS, Washington, DC; CHRISTOPER REAGAN LIRO, AARON T. OLEJNICZAK, Andrus Intellectual Property Law, LLP, Milwaukee, WI.

PENNY R. SLICER, Stinson Morrison Hecker LLP, Kansas City, MO, argued for appellee. Also represented by BRADLEY SCOTT EIDSON, SAMIR RAMESH MEHTA, St. Louis, MO.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, MOORE, and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<table>
<tr><td>September 7, 2017</td><td>/s/ Peter R. Marksteiner</td></tr>
<tr><td>Date</td><td>Peter R. Marksteiner<br>Clerk of Court</td></tr>
</table>